**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In the Interest of A.F. aka A.N.F., A Child

Appellate case number:    01-20-00722-CV

Trial court case number:   2018-05250J

Trial court:                      313th District Court of Harris County

This case is a priority, accelerated appeal of a decree terminating the appellant's parental rights to his child, A.F. *See* TEX. R. JUD. ADMIN. 6.2(a), reprinted in TEX. GOV'T CODE, tit. 2, subtit. F—Appendix (appeal from suit terminating the parent-child relationship filed by governmental agency must be disposed by court of appeals within 180 days of the filing of notice of appeal).

We previously abated this case to the trial court, which permitted appellant's appointed counsel, Angela Ellis, to withdraw from representation. The trial court confirmed that the appellant is indigent and appointed Donald M. Crane to represent the father. Mr. Crane has since filed a notice of appearance in this court.

We lift the abatement, and we **order** that this appeal be reinstated on our court's active docket. We order the parties to file briefs in accordance with this schedule:

1.      The appellant's amended brief is **due** August 23, 2021.

2.      The appellee's brief is **due** September 10, 2021.

3.      The appellant's response brief, if any, is **due** September 17, 2021.

It is so **ORDERED**.

Judge's signature: _____/s/ Peter Kelly_____
                          ☑ Acting individually     ☐ Acting for the Court

Date:    ___August 3, 2021_____